# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, | : | No.: 4:17-CV-00572 |
| | : | |
| Plaintiff | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| PERMANENT EASEMENT FOR 2.32 ACRES, PERMANENT OVERLAY EASEMENT FOR 0.95 ACRES, TEMPORARY EASEMENT FOR 2.31 ACRES, AND TEMPORARY ACCESS EASEMENT FOR 0.03 ACRES IN LAKE TOWNSHIP, LUZERNE COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 37-E6-00A-078-000, MEEKER OUTLET ROAD, LAKE TOWNSHIP, LUZERNE COUNTY, PENNSYLVANIA | : | |
| | : | |
| 4P REALTY, LP, 4P MANAGEMENT, INC., GENERAL PARTNER OF 4P REALTY LP, | : | |
| | : | |
| ALL UNKNOWN OWNERS, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AUGUST 15, 2017

**AND NOW**, in accordance with both the Memorandum Opinion of this same date and the stipulation filed by the parties, **IT IS HEREBY ORDERED**

that Plaintiff Transcontinental Gas Pipe Line Company, LLC's Motion for Partial Summary Judgment is GRANTED.  April 12, 2017, ECF No. 5.

                        BY THE COURT:

                        *s/ Matthew W. Brann*
                        Matthew W. Brann
                        United States District Judge